52 A.3d 1200

**Patrick BROWN, Petitioner,**

v.

**Robert FOSTER, a.d.a., Harold M. Kane, Respondents.**

No. 97 EM 2012.

Supreme Court of Pennsylvania.

Aug. 23, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of August, 2012, the Application for Leave to File Original Process is **GRANTED,** and the

208

Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.